Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10815−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly K. Lally
   aka Kelly K. Lally
   54 Farmbrook Road
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−3682

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/24/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: March 24, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 23-10815-JKS
Kelly K. Lally                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Mar 24, 2023 | Form ID: 148 | Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly K. Lally, 54 Farmbrook Road, Sparta, NJ 07871-4015 |
| 519826477 | + | Community Loan Servicing fka Bayview, 4425 Once De Leon Blvd, Miami, FL 33146-1839 |
| 519826478 | + | Green Tree Servicing, c/o Ditech Financial, 1100 Virginia Avenue Suite 100, Fort Washington, PA 19034-3279 |
| 519826481 | + | John J. Stank, c/o Bell Law Group, PO Box 220, Rockaway, NJ 07866-0220 |
| 519826482 | + | Johnny on the Spot, c/o Kathleen R Wall Esq., 2640 Highway 70, Manasquan, NJ 08736-2609 |
| 519826489 | | Robertson Anschutz Scheid, Crane & Partners, Pllc, Fairfield, NJ 07004 |
| 519826492 | + | State Of New Jersey Division of Taxation, 50 Barrack Street, PO Box 245, Trenton, NJ 08646-0245 |
| 519826490 | + | State of New Jersey, Division of Taxation, 50 Barrick Street, Trenton, NJ 08646-0001 |
| 519826491 | | State of New Jersey Department of the Treasur, Division of Taxation, PO Box 248, Trenton, NJ 08646-0248 |
| 519826493 | + | Stephen Einstein & Assoc, c/o GreenTree Servicing, 20 Vessey Street, Ste 1406, New York, NY 10007-4217 |
| 519826495 | + | U. S. Attorney Attn: Eamon O'Hagan Asst US A, Peter Rodino Federal Building Internal R, 970-Broad Street, Suite 700, Newark, NJ 07102-2534 |
| 519826497 | + | Wickes Lumber Company, 391 Broadway,, Albany, NY 12204-2709 |
| 519826496 | + | Wickes Lumber Company, c/o Bart J Klein, 2066 Millburn Avenue, Maplewood, NJ 07040-3727 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 24 2023 20:50:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | EDI: RMSC.COM | Mar 25 2023 00:39:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519838196 | + | EDI: AISACG.COM | Mar 25 2023 00:39:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519826480 | | EDI: IRS.COM | Mar 25 2023 00:39:00 | IRS Special Procedure Function, Attn: Sharisa Jones, Bankruptcy Speciali, 955 South Springfield Avenue, Building A, Springfield, NJ 07081 |
| 519826484 | ^ | MEBN | Mar 24 2023 20:49:28 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519826485 | | EDI: PRA.COM | Mar 25 2023 00:39:00 | Portfolio Recovery Associates LLC, c/o Capital One Bank USA, PO Box 41067, Norfolk, VA |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519859083 | | EDI: PRA.COM | Mar 25 2023 00:39:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519826486 | | Email/Text: signed.order@pfwattorneys.com | Mar 24 2023 20:50:00 | Pressler Felt & Warshaw, 7 Entin Rd,, Parsippany, NJ 07054 |
| 519826487 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 24 2023 20:51:00 | Right Path Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 519826488 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 24 2023 20:51:00 | RightPath Servicing, Attn Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 519827222 | + | EDI: RMSC.COM | Mar 25 2023 00:39:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519826494 | | EDI: TDBANKNORTH.COM | Mar 25 2023 00:39:00 | TD Bank NA, PO Box 8400, 7 Entin Road, Lewiston, ME 04243 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519838197 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519826479 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519826483 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Kelly K. Lally fitz2law@gmail.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5